Thomas P. O'Brien (SBN CA 166369)
*Thomas.OBrien@gtlaw.com*
Ivy A. Wang (SBN CA 224899)
*Ivy.Wang@gtlaw.com*
Catalina V. Kelly (SBN CA 322643)
*kellyca@gtlaw.com*
Adam Korn (SBN CA 333270)
*Adam.Korn@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROPHY UNIVERSAL CITY GROUP, LLC; and TROPHY WEST COVINA MOTOR GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC.; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-03738 <br><br> **DEFENDANT NISSAN NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** <br><br> **[28 U.S.C. §§ 1332, 1441, 1446]** <br><br> *[Notice of Removal; Declaration of Catalina V. Kelly; Declaration of Cecil Davis; Certificate and Notice of Interested Parties concurrently filed herewith]* <br><br> Filed in State Court:    March 27, 2025 <br> Complaint Served:    March 28, 2025 <br> Action Removed:    April 25, 2025 |

NISSAN NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT
ACTIVE 710151763v1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nissan North America, Inc., by its undersigned counsel, states as follows:

Defendant Nissan North America, Inc. is a wholly owned subsidiary of Nissan Motor Co., Ltd.  It is incorporated in Delaware and its headquarters or principal place of business is in Franklin, Tennessee.  Therefore, Nissan North America, Inc. is a citizen of Delaware and Tennessee.

Respectfully submitted,

DATED:  April 28, 2025                          GREENBERG TRAURIG, LLP


*/s/ Thomas P. O'Brien*
Thomas P. O'Brien
Attorney for Defendant
NISSAN NORTH AMERICA, INC.

2

NISSAN NORTH AMERICA INC.'S CORPORATE DISCLOSURE STATEMENT
ACTIVE 710151763v1