AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
ROBBY S. NAOUFAL (State Bar No. 302148)
rnaoufal@millerbarondess.com
BRYAN R. REDFERN (State Bar No. 319648)
bredfern@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff and Counterclaim
Defendant TROPHY UNIVERSAL CITY
GROUP, LLC and Plaintiff TROPHY
WEST COVINA MOTOR GROUP, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TROPHY UNIVERSAL CITY GROUP LLC; and WEST COVINA MOTOR GROUP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>TROPHY UNIVERSAL CITY GROUP, LLC,<br><br>Counterclaim Defendant. | **CASE NO. 2:25-cv-03738-AB-AGRx**<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF AMNON Z. SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT NISSAN NORTH AMERICA, INC. TO PRODUCE UNREDACTED VEHICLE ALLOCATION DATA**<br><br>[Filed Concurrently with Notice of Motion; L.R. 37-2 Joint Stipulation Regarding Motion to Compel; Declarations of Joseph Roesner and of Adam Korn; and [Proposed] Order]<br><br>Hearing:  June 23, 2026<br>Time:  10:00 a.m.<br>Crtrm.:  550 – Roybal Bldg.<br><br>Assigned to the Hon. Andre Birotte, Jr., and Magistrate Judge Alicia G. Rosenberg<br><br>Discovery Cut-Off:  October 30, 2026<br>FPTC:  March 19, 2027<br>Trial Date:  April 19, 2027 |

807272.1

DECLARATION OF AMNON SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE UNREDACTED VEHICLE ALLOCATION DATA

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX (310) 552-8400

## DECLARATION OF AMNON Z. SIEGEL

I, Amnon Z. Siegel, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Plaintiffs Trophy Universal City Group, LLC and West Covina Motor Group, LLC ("Plaintiffs" or "Trophy"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Plaintiffs' Motion to Compel Defendant Nissan North America, Inc. to Produce Unredacted Vehicle Allocation Data (the "Motion") and the accompanying Joint Stipulation Pursuant to L.R. 37-2.

2. A true and correct copy of the operative Scheduling Order for this action is attached hereto as **Exhibit 1**.

**Discovery Requests and Responses**.

3. Plaintiffs served their First Set of Requests for Production on Defendant Nissan North America, Inc. ("NNA") on January 2, 2026. A true and correct copy of the Proof of Service is attached hereto as **Exhibit 2**.

4. On February 23, 2026, NNA served Responses and Objections to the Requests for Production. A true and correct copy of NNA's Responses and Objections to Plaintiffs' First Set of Requests for Production is attached hereto as **Exhibit 3**.

5. NNA's responses imposed a uniform "de-identification" limitation through Common Objection No. 3, which states that NNA "will not disclose the specific identity of [other] dealers in order to preserve their confidential business information and because such information is not relevant." NNA incorporated Common Objection No. 3 into its substantive responses to RFP Nos. 2, 3, 9, 11, and 14.

**The Parties' Meet-and-Confer Process**

6. On March 9, 2026, I sent a meet-and-confer letter to counsel for NNA

807272.1

2

detailing the deficiencies in the discovery responses. Specifically, the letter explained that redaction and de-identification of vehicle allocation data is improper in light of the Stipulated Protective Order ("SPO") in this case and that de-identified data prevents Plaintiffs' from analyzing the data in any meaningful way. A true and correct copy of that correspondence is attached hereto as **Exhibit 4**.

7.    On March 27, 2026, counsel for NNA responded by letter, reiterating that NNA would produce only de-identified allocation data. A true and correct copy of NNA's March 27, 2026 letter is attached hereto as **Exhibit 5**.

8.    I met and conferred with counsel for NNA by videoconference on April 2, 2026 and again on April 14, 2026. NNA's position remained unchanged through both conferrals. NNA continues to refuse to produce unredacted, dealer-identified vehicle allocation data. The parties have satisfied the pre-filing conference requirements of L.R. 37-1, and the disputes presented in the Motion remain unresolved.

**NNA's Production Format**

9.    On March 30, 2026, NNA made a document production that included some of the vehicle allocation data sought by Plaintiffs' requests. This data was produced as thousands of individual .tiff image files with the dealership identifiers, except for the two Plaintiffs, redacted on the face of the images. A representative sample of the allocation data produced in that format is attached hereto as **Exhibit 6**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

807272.1

3

DECLARATION OF AMNON SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE UNREDACTED VEHICLE ALLOCATION DATA

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

10. During the meet-and-confer process, I learned from NNA's counsel that the vehicle allocation data in its original, unredacted form is—and can be produced in—computer-readable format by NNA but that since NNA engaged in a process to redact it, they provided us with non-computer-readable .tif images. We have requested that Nissan provide the unredacted, computer-readable allocation data, but NNA has refused.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of May, 2026, at Los Angeles, California.

DATED:  May 18, 2026

By: _____
       Amnon Z. Siegel

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

807272.1

4

DECLARATION OF AMNON SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE UNREDACTED VEHICLE ALLOCATION DATA

## INDEX OF EXHIBITS TO THE DECLARATION OF AMNON Z. SIEGEL

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| 1. | Scheduling Order | 6-24 |
| 2. | Proof of Service | 25-27 |
| 3. | NNA's Responses and Objections to Plaintiffs' First Set of Requests for Production | 28-114 |
| 4. | March 9, 2026 Letter from Plaintiffs | 115-121 |
| 5. | March 27, 2026 Letter from NNA | 122-129 |
| 6. | Representative Sample of NNA's Redacted Vehicle Allocation Data | 130-135 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

807272.1

5

DECLARATION OF AMNON SIEGEL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE UNREDACTED VEHICLE ALLOCATION DATA